**Electronically Filed
Supreme Court
SCAD-16-0000218
25-NOV-2016
03:37 PM**

SCAD-16-0000218

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

ANTHONY P. LOCRICCHIO,
Respondent.

---

ORIGINAL PROCEEDING
(ODC CASE NOS. 13-066-9136 and 14-040-9183)

ORDER
(By: Wilson, J.)

Upon review of the November 25, 2016 motion for extension of time for effective date of disbarment,

IT IS HEREBY ORDERED that the motion is granted. Respondent Locricchio's disbarment shall take effect December 26, 2016.

DATED: Honolulu, Hawaiʻi, November 25, 2016.

/s/ Michael D. Wilson

Associate Justice

